UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NUMBER: 5:08-cr-6-OC-10GRJ

HANOY CAPDEVILA
_____/

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

The Defendant, Hanoy Capdevila, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Gary R. Jones on September 17, 2008. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Hanoy Capdevila be adjudicated guilty.

3. Sentencing will be set by separate notice before Senior Judge William J. Castagna. **Counsel are reminded of requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE and ORDERED** at Tampa, Florida this ___21st___ day of October, 2008.

WILLIAM J. CASTAGNA
Senior United States District Judge

Copies to:   Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshal Services
Defendant c/o Counsel of Record